**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.    1:20-cv-49-GNS**

Removed from Casey Circuit Court
Civil Action No. 20-CI-00023

**LARRY COCHRAN**                                                                               **PLAINTIFF**

v.                                         **NOTICE OF REMOVAL**

**AETNA LIFE INSURANCE COMPANY**                         **DEFENDANT**

Defendant and removing party, AETNA LIFE INSURANCE COMPANY ("Aetna"), by its attorneys Warren von Schleicher and Jacqueline J. Herring of Smith von Schleicher & Associates, provides Notice of Removal pursuant to 28 U.S.C. §1441 *et seq.*, and respectfully presents to this Court the following grounds for removal:[1]

1. Aetna is the defendant in an action captioned *Larry Cochran v. Aetna Life Insurance Company*, Case No. 20-CI-00023, pending in the Casey Circuit Court, Kentucky. The plaintiff, Larry Cochran ("Plaintiff") commenced this action on February 20, 2020 by filing a Complaint in the Casey Circuit Court, asserting a claim for payment of disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq.* ("ERISA"), specifically 29 U.S.C. §1132(a)(1)(B).

2. On February 26, 2020, Aetna was served with the Summons and Complaint, attached as Exhibits A and B. The Summons and Complaint constitute all of the process, pleadings and orders served on Aetna.

3. Based on the date of service, Notice of Removal is due on or before March 27, 2020. Because Notice of Removal has been filed on or before March 27, 2020, Aetna's Notice

---

[1] Warren von Schleicher and Jacqueline J. Herring are pending admission *pro hac vice*.

of Removal is timely pursuant to 28 U.S.C. §1441 and §1446.  A copy of the Notice of Filing Notice of Removal to be filed with the Casey Circuit Court is attached as Exhibit C.

4. This civil action is removable based on federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441 because Plaintiff's claim is brought under the federal law of ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B).  (Ex. B, Compl. ¶ 22).

5. Plaintiff, in the Complaint, asserts a claim for payment of benefits under ERISA, and expressly alleges that his claim "is brought under ERISA pursuant to 29 U.S.C. §1132(a)(1)(B)…."  (Ex. B, Compl. ¶ 22).  Plaintiff alleges that he seeks "Judgment against Defendant for full contractual benefits under 29 U.S.C. §1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. §1132(g) pursuant to ERISA."  (Ex. B, Compl. Wherefore clause).  Plaintiff further alleges that the employee welfare benefit plan under which he seeks payment of benefits constitutes "an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq.*"  (Ex. B, Compl. ¶ 19).

6. Federal question jurisdiction exists under 28 U.S.C. §1331 because Plaintiff's claim arises under the federal law of ERISA, and seeks payment of benefits under 29 U.S.C. §1132(a)(1)(B) under the terms and conditions of an ERISA governed employee welfare benefit plan.

7. Aetna, therefore, is entitled to remove this matter from state court to federal court pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446.

8. Accordingly, the case is properly removable from the Casey Circuit Court, Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division, based on federal question jurisdiction.

WHEREFORE, Removing Party and Defendant, AETNA LIFE INSURANCE COMPANY, requests that the above action be removed from the Casey Circuit Court, Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division.

Respectfully submitted,

Warren von Schleicher (IL-6197189)　　By: */s/ Warren von Schleicher*
Jacqueline J. Herring (IL 6282246)　　　　Attorney for Defendant/Removing Party,
SMITH | VON SCHLEICHER + ASSOCIATES　　Aetna Life Insurance Company
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
jackie.herring@svs-law.com
(pending admission *pro hac vice*)

## CERTIFICATE OF SERVICE

I certify that on March 17, 2020, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system. I further certify that a paper copy of the electronically filed document was served on the individual addressed below via U.S. Mail.

Elizabeth A. Thornsbury
M. Austin Mehr
Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
elizabeth@austinmehr.com
amehr@austinmehr.com

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
warren.vonschleicher@svs-law.com
Ill. Bar No. 6197189